IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06- 54 ) |
| FREDERICK DANIELS, | ) ) |
| Defendant. | ) ) |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 20, 2006, in the State and District of Delaware, Frederick Daniels, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Davis Industries, Model P-380, .380ACP caliber pistol, with the serial number AP499111, after having been convicted on or about October 15, 1996 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for Sussex County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about April 20, 2006, in the State and District of Delaware, Frederick Daniels, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectible amount of cocaine, a Schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).



FILED

MAY 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Davis Industries, Model P-380, .380ACP caliber pistol, with the serial number AP499111 and (2) 5 rounds of Winchester brand .380ACP caliber ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: May 11, 2006