UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
                                    )   CASE NO.  CR 06-54 (SLR)
        vs.                         )
                                    )
Frederick Daniels                   )
                                    )
            Defendant.              )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *May 23, 2006*          requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *July 10, 2006*. The time between the date of this order and *July 10, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney