IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )   Crim. No. 06-054-SLR
                               )
FREDERICK DANIELS,             )
                               )
          Defendant.           )

## O R D E R

At Wilmington this 12th day of July, 2006;

IT IS ORDERED that a telephone conference is scheduled

for **Tuesday, August 8, 2006** at **4:30 p.m.**, with the court

initiating said call.

                                   _____
                                   United States District Judge