IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-54-SLR |
| | : | |
| FREDERICK DANIELS, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

**COME NOW,** the Defendant Frederick Daniels, by and through his attorney, John S. Malik, and respectfully requests that the time from July 12, 2006 through and including August 8, 2006 be excluded under the Speedy Trial Act in order to permit Defendant Daniels additional time to conclude ongoing plea negotiations with the government. This motion is made with the consent of Defendant Daniels and is for the benefit of Defendant Daniels and promotes the interests of justice.

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
302-427-2247
Attorney for Defendant,
Frederick Daniels

**IT IS SO ORDERED** this _____ day of July, A.D., 2006.

_____
THE HONORABLE SUE L. ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-54-SLR |
| | : | |
| FREDERICK DANIELS, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

    I, John S. Malik, attorney for Defendant Frederick Daniels do hereby certify that on this 14th day of July, A.D., 2006, I have had the attached Motion to Exclude Time Under Speedy Trial Act served electronically upon the individual listed below at the following address:

        Christopher Burke, Esquire
        Assistant United States Attorney
        United States Attorney's Office
        Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, Delaware 19801

        /s/ John S. Malik
        JOHN S. MALIK
        100 East 14th Street
        Wilmington, Delaware 19801
        (302) 427-2247
        Attorney for Defendant,
        Frederick Daniels