IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-54-SLR |
| FREDERICK DANIELS, | : | |
| Defendant. | : | |

**MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

**COME NOW,** the Defendant Frederick Daniels, by and through his attorney, John S. Malik, and respectfully requests that the time from July 12, 2006 through and including August 8, 2006 be excluded under the Speedy Trial Act in order to permit Defendant Daniels additional time to conclude ongoing plea negotiations with the government. This motion is made with the consent of Defendant Daniels and is for the benefit of Defendant Daniels and promotes the interests of justice.

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
302-427-2247
Attorney for Defendant,
Frederick Daniels

**IT IS SO ORDERED** this 18th day of July, A.D., 2006.

_____
THE HONORABLE SUE L. ROBINSON