IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Cr.A. No. 06-54-SLR |
| | : | |
| FREDRICK DANIELS, | : | |
| | : | |
| Defendant. | : | |

**SENTENCING MEMORANDUM SUBMITTED
ON BEHALF OF DEFENDANT FREDERICK DANIELS**

**COMES NOW,** Respondent Fredrick Daniels by and through his attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant Daniels a Downward Sentencing Departure based upon the following grounds:

**A.  Introduction:**

1.  Sentencing for the above-captioned criminal action is scheduled for Monday, November 27, 2006 at 4:30 P.M. in the United States District Court for the District of Delaware before the Honorable Sue L. Robinson.

2.  Defendant Daniels is to be sentenced on one count of Person Prohibited in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2) and one count of Possession with Intent to Deliver Cocaine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

3.  As calculated in the Presentence Report, Defendant Daniels guideline range of sentence is 46 to 57 months based on an Offense Level of 21 and a Criminal History Category of III.

B.  **Factors to be Considered Pursuant to 18 U.S.C. § 3553(a):**

  4. In <u>United States v. Booker</u>[1], the Supreme Court of the United States held that the mandatory language contained in the Sentencing Guidelines was unconstitutional in that said language was incompatible with the jury trial rights of the Sixth Amendment. Therefore, in cases post-<u>Booker</u>, the sentencing guidelines are advisory in light of the factors enumerated in 18 U.S.C. § 3553(a). In the case <u>sub judice</u>, there are several factors relating to the sentencing of Defendant Daniels that the Court may consider.

  a. Pursuant to 18 U.S.C. § 3553(a)(1), the Court may consider the circumstances of the case and the characteristics of the Defendant. As recorded in the Presentence Report, Defendant Daniels grew up without a positive male figure in his life. He has two brothers, one of whom is incarcerated and the other of which is missing. The only real positive influence has been his longtime girlfriend, Alicia Jarvis.

  b. Ms. Jarvis and Defendant Daniels have a two-year-old daughter, Sanai, together. Sanai was born premature and has been in and out the hospital her entire life. Defendant Daniels' absence from her life will have both a financial and emotional impact on her. Additionally, Defendant Daniels has a son from a previous relationship, Tyler Daniels. Defendant Daniels has had a close relationship with his son, Tyler, and his extended absence will have a potentially negative impact on Tyler. Ms. Jarvis has two children from a previous relationship as well. Defendant Daniels has lived with Ms. Jarvis and her two children at their home and the children have adopted Mr. Daniels in a step-father capacity.

---

[1] 543 U.S. 220 (2005)

      c.      Defendant Daniels has suffered with an addiction to Cocaine for some time. Ms. Jarvis knew of his addiction and is supporting him as he tries to overcome said addiction. They have spoken about his need to address this problem and feel that his incarceration has given him the chance to do that.

> **Mr. Daniels relayed that he has used both Marijuana and Cocaine…. Mr. Daniels offered that he completed drug counseling and a boot camp program as a part of his Delaware State probation and neither program was helpful. He attested that if released, he would be able to remain drug free, as this arrest has been a huge wake-up call.**

[See Pre-Sentence Report at page 11].

      d.      Pursuant to 18 U.S.C. § 3553(a)(1), the Court may consider these circumstances when fashioning a sentence. Defendant Daniels submits that he has overcome many obstacles in his life thus far, including growing up without a strong support system and becoming an outstanding father, which is a feat since he had no role model to fashion himself after.

      e.      Attached as Exhibit "A" are character letters written on behalf of Defendant Daniels by the following persons:

- Ms. Diane Bolden, Defendant Daniels' mother;
- Mr. Freddie Horton, Defendant Daniels' father;
- Ms. Helen Stanley, Defendant Daniels' aunt;
- Mstr. Eric Sumlin, Alicia Jarvis' son;
- Ms. Sylvia Rodriguez, family friend;
- Ms. Easter Davis, family friend;
- Mr. Joseph Fisher, Bishop, International Church of Christ;
- Mr. Clyde Vanel, family friend;

       -       Mr. Jeff Immett, family friend.

       f.       In the moving letter from Defendant Daniels' father he states:

> **After the separation of his mother, I moved to California and left my son . . . I realize I lose [sic] my son. He had to grow up on his own without me. Have mercy on my son, find peace in your heart and be easy on him . . . It is my fault he turn out like this [sic], I'm so sorry.**

[See Exhibit "A" attached hereto.]

       g.       Attached as Exhibit "B" is a letter by Defendant Daniels to the Court affirming his remorse but, importantly, realizing that he has had a "wake up call."

       h.       Lastly, Defendant Daniels respectfully requests that this Court consider the circumstances laid forth herein and sentence him to a 36 month period of incarceration. Defendant Daniels does not seek to minimize the seriousness of the offenses involved, but rather, implores that the Court recognize his efforts to rehabilitate and furthermore, the impact his incarceration will have upon others as described herein.

    **C.**    **Pretrial Detention of Federal Detainee in County Jail:**

5.    Since his initial detention on the instant federal charges in April of 2006, Defendant Daniels has been held in state correctional facilities and county jails. In fact, for the overwhelming majority of the past eight months, Mr. Daniels has been detained in the Salem County Jail in Salem, New Jersey.

6.    As a federal detainee being held at a county jail as opposed to a federal detention center, Mr. Daniels has been deprived of many of the basic privileges afforded to all federal detainees held in federal detention facilities.

7.    Specifically, Mr. Daniels has been subjected to the following:

   a. One visit of one hour per month as opposed to two to three visits per week of several hours in duration.  It is noted that the limited visitation is tremendously inconvenient for Mr. Daniels' family.

   b. Limited access to the law library, including unavailability of access to photocopies of legal materials and unavailability of federal case law and federal law research materials.

   c. Extremely limited availability of personal hygiene materials; inmates share razors that have been used by other inmates multiple times.

   d. Limited educational and rehabilitation programs.

   e. Prohibitively expensive telephone access that limits ability to telephone family members.

   f. Limited recreational facilities.

  8. In <u>United States v. Briton</u>, 139 F.3d 718 (3rd Cir. 1998), a defendant was awarded a 30 month downward departure based upon his detention in state correctional facilities while being detained pending trial on federal charges.  The defendant in <u>Briton</u> was held for 32 months in state facilities even though the Federal Detention Center in Philadelphia was in existence for the express purpose of housing federal inmates in the Third Circuit.

  9. Defendant Daniels similarly seeks a downward departure in his guideline Offense Level pursuant to U.S.S.G. § 5K2.0 for non-federal confinement of a federal inmate pending Sentencing.

  **WHEREFORE,** Defendant Fredrick Daniels respectfully requests that this Honorable Court:

1.   Sentence him to a period of incarceration of 36 months; and,

2.   Recommend to the Bureau of Prisons that he be designated to Fairton FCI.

                                    Respectfully submitted,

                                    /s/ John S. Malik
                                    JOHN S. MALIK
                                    100 East 14th Street
                                    Wilmington, Delaware 19801
                                    (302) 427-2247
                                    Attorney for Defendant,
                                    Fredrick Daniels

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-54-SLR |
| FREDRICK DANIELS, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, John S. Malik, attorney for Defendant Fredrick Daniels do hereby certify that on this 22nd day of November, A.D., 2006, I have had the attached Motion for Downward Sentencing Departure electronically delivered to the individual(s) listed below at the following address:

    Christopher J. Burke, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    Nemours Building
    1007 Orange Street, Suite 700
    Wilmington, Delaware 19801

    /s/ John S. Malik
    JOHN S. MALIK
    100 East 14th Street
    Wilmington, Delaware 19801
    (302) 427-2247
    Attorney for Defendant,
    Fredrick Daniels

11-15-06

Dear Judge,

My son Frederick Daniels is a very loving and respectable person. I miss him very much. He is a very loving and caring dad. He has two kids that need him very much.

Please give him a chance. I know he can change his life around and make a new start.

Diane Bolden
Mother

11/14/06

Dear Judge,

I'm Little Fred father, writing on behalf of my son Frederick. He isn't a bad person. After the separation of his mother, I moved to California and left my son. That was a bad mistake I made. He's my only son and he were spoiled. Coming back home from California I realize I lose my son. He had to grow up on his own without me. Have mercy on my son, find peace in your heart and be easy on him.

He has a litter girl now which is two. Please give him a chance so he can be the man to her he suppose to be. It's my fault he turn out like this. I'm so sorry.

Thank you
Freddie Horton

November 14, 2006
302-337-8687

Dear Judge,

My name is Helen Stanley. I am a pre-school teacher for the Lake Forest School District in Harrington, DE. I am also the aunt of (Freddie) Frederick Daniels. He has always been very respectful to me. As a little boy I cared for him just like he was my very own. When he went back to live with his mother I lost contact with him for a period of time.

He has now become a man and I never envisioned him being in trouble with the law in anyway shape or form. He has a little baby and a son in elementary. I have tried to make sense of this, but I just do not understand it.

My plea is that you would find it in your heart to show mercy in behalf of this family. I am of the understanding that they are in the process of losing their home.

Regardless of the outcome, may God bless you and your family.

Sincerely,

*Helen L Stanley*

Helen L. Stanley

September 29, 2006

Dear Judge,

    Freddy was a major part of my family. He meant alot. to me! Through the time him & my mom had a relationship, he greatly contributed to our needs. He (fredrick) took me to practice and picked me up. Fredrick also helped in the mornings when my brother and sister and I needed rides to school! Now, my mother is in a bunch and is sorta struggling with taking us to school. This isn't because she's a bad parent, it's because she has to drop us off to school and make it on time to work in the mornings.

    Now I guess your thinking well we (the children) should catch the bus, right? Well we don't have a bus that comes were we live. But Anyway, I'm not going to take any more of your time up, because I know Fredrick did wrong, but would you PLEASE be so kind and cut Fredrick a break.

Sincerely,
Eric Sumlin

Nov 15, 2006
Geo DE 19947

TO:
WHOM IT MAY CONCERN:
RE: FREDRICK DANIELS
LETTER OF CHARACTER

I'VE KNOWN FRED SINCE BIRTH AND HAVE KNOWN HIM TO BE VERY MILD MANNERED AND RESPECTFUL TO EVERYONE. HE HAS ALWAYS BEEN RESPECTFUL AND KIND TO ME. I HEARD HE MADE SOME NOT SO NICE CHOICES, BUT SO HAVE I.

I WILL TELL YOU THAT HIS PERSONALITY IS GREAT AND THAT HE IS A KIND PERSON. I'VE NEVER HEARD OF HIM FIGHTING OR HURTING ANYONE.

SINCERELY YOURS,
Sylvia Rodriquez
302-855-9775

11/15/06

Easter L. Davis
14448 Owens Rd.
Greenwood, De. 19950

To whom it may concern,

Fredrick L. Daniels known as "Little Fred" to the family, is a loving, kind, and good hearted. He has a big heart and will try to help anybody. Lit Fred played sports in school. He was good in all of them. When the team lost, their game, some of the players would have a fit, but Little Fred would take it with a grain of salt.

My name is Easter. I was born on Easter's eve which was on a Sat, therefore causing my parents to name me. Anyhow Easter sometimes fall in the month of March, which it did on this particular day. Little Fred brought me over 10 gospels tapes. I asked "What's the occassion" Little Fred replied "It's Easter," isn't it your birthday." I stated no, my birthday is in April. We both had the biggest laugh.

Sincerly Yours
Easter L. Davis

To who

Please accept this letter as a brief on behalf of Mr. Daniels Frederick.

The purpose of this letter is to manifest my personal opinion on favor of the person named above.

I, Joshep Fisher, in good phisical and emotional condition forward the present that I know Mr. Daniels for about seven years.

Mr. Daniels is meritourious of admiration becouse he develops care and extreme love fore his family and friends also he is responsable man I will like to manifest that he is a cultured person with a strong belief in god a valuable person with a strong love for others, productive person to the community like any other man with errors but with a goodwill to change his life.

The grace of our Lord,

*Joshep Fisher*

Joshep Fisher,
Bishop of the International Church of Jesus Crist

Your Honor

Please let me seize the opportunity to introduce myself to you. My name is Mr. Clyde Vanel.

I am a graduated from Boston University. I have known Mr. Frederick Daniels approximately 5 years now. In recognition of his personal letter, Mr. Daniels was and is a savvy individual, such as he always found time in his busy schedule too help disadvantage children ( who parents was incarcerated and/or addicted to drugs ) to coach or help them in their education and little league baseball. Has a person he stay true too his mission and making such a meaning ful difference in the lives of those children and the community.

I am proud and pleased to be a supporter of his defense.

Sincerely,

Clyde Vanel
U.S. Retail Sales Director
Sunoil Fuels Marketing Co.

Dear Judge Robinson,

My Name is Jeff Immett, I am Writing This Letter to you Because Mr. Daniels is in a little Trouble With The Federal Government.

Mr. Daniels and I Go Way Back I Say approx. Ten years ago. Freddy has been Steadfast in the Support of the Community. He has long believed it is important for leaders To Reach African American and all Children, and Not steer them to the wrong Path of Drugs and Crime. His Slogan Was and is "Education" which Reflects his insight for the Children in our Community. Thank you for your time.

Sincerely,
Jeff Immett
Jeff Immett

Your Honor: Sue Robinson

The purpose of this letter is to express my "Remorse" to this Honorable Court. Being Involved in the criminal justice system, I have experience long repetitive days and cold nights locked in a cell. At times it gave me a direction when my mind wondered aimlessly. It gave me hope for the future.

My "Remorse" is authentic, therefore, I am not going to bore you of "(1) I had a traumatic childhood; (2) Long history of alcohol and drug abuse or; (3) A dysfunctional up bringing.

I have steered my creativity and gifts into the wrong direction of selling drugs to my community. I came into this negative game with blind expectations, whit arms open to embrace whatever happened; and to embrace fools here at the criminal justice system until I recieved a major wake-up call.

Now, I am strategically positioning myself to become a positive man, productive citizen when I enter back into society.

I know within myself that I am confident, talented and I have potential.

I have a fiance and a beautiful daughter who needs me tremendously, Therefore, its imperative to me and this Honorable Court that I steer my life back to the right direction.

Thank you for giving me this time and opportunity to express myself to you.

Sincerely,

Frederick Daniels